```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 53834
    SETH A COX
    ANGELA A COX                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-6421    SSN XXX-XX-2217

------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/14/05 and confirmed on 02/28/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $    7392.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
IOWA DEPARTMENT OF REVEN   PRIORITY        NOT FILED              .00            .00
VILLAGE OF SCHAUMBURG      PRIORITY        NOT FILED              .00            .00
ROUNDUP FUNDING LLC        UNSECURED        10889.36              .00        1637.19
CINGULAR                   UNSECURED        NOT FILED              .00            .00
COMCAST                    UNSECURED        NOT FILED              .00            .00
EASTERN COLLECTION CORP    UNSECURED        NOT FILED              .00            .00
NOLL SERVICES              UNSECURED        NOT FILED              .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED        NOT FILED              .00            .00
OLD REPUBLIC EQUITY SERV   UNSECURED        10000.00              .00        1503.48
SBC AMERITECH              UNSECURED        NOT FILED              .00            .00
TELECHECK                  UNSECURED        NOT FILED              .00            .00
TRIAD FINANCIAL CORP       UNSECURED        13885.93              .00        2087.71
VILLAGE GREEN MANAGEMENT   UNSECURED        NOT FILED              .00            .00
VISTANA DEVELOPMENT        UNSECURED        NOT FILED              .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00      34775.29         .00      34775.29
PRINCIPAL PAID           .00           .00       5228.38         .00       5228.38
INTEREST PAID            .00           .00           .00         .00           .00
TOTAL PAID               .00           .00       5228.38         .00       5228.38
The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $    2200.00
and was paid $    300.00   direct and $   1900.00   through the plan.

The Trustee received $     263.62 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 12/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE