```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 53834
   SETH A COX
   ANGELA A COX                               CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6421    SSN XXX-XX-2217


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/14/05 and confirmed on 02/28/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $    7392.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IOWA DEPARTMENT OF REVEN | PRIORITY | NOT FILED | .00 | .00 |
| VILLAGE OF SCHAUMBURG | PRIORITY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 10889.36 | .00 | 1637.19 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| NOLL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| OLD REPUBLIC EQUITY SERV | UNSECURED | 10000.00 | .00 | 1503.48 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 13885.93 | .00 | 2087.71 |
| VILLAGE GREEN MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| VISTANA DEVELOPMENT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 34775.29 | .00 | 34775.29 |
| PRINCIPAL PAID | .00 | .00 | 5228.38 | .00 | 5228.38 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 5228.38 | .00 | 5228.38 |

```
The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $   2200.00
and was paid $    300.00  direct and $   1900.00  through the plan.

The Trustee received $    263.62 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 02/14/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE